IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-867
     Bankr. Case No. 12-20763 EEB (Ch. 11)

In re RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

    Debtor.

UNITED WATER & SANITATION DISTRICT,

        Appellant,

v.

RIVER CANYON REAL INVESTMENTS, LLC,

        Appellee.

_____

## ORDER
_____

KANE, J.

      This bankruptcy proceeding is set for a confirmation hearing on Debtor's Chapter 11 reorganization plan next week. It is before me on an appeal filed by creditor United Water & Sanitation District ("United") challenging certain pre-confirmation hearing real property valuation orders issued by the bankruptcy court under 11 U.S.C. § 506(a). United contends the bankruptcy court's valuation orders are final and appealable, and argues the bankruptcy judge decision to adopt a particular method for valuing the real property lots at issue was erroneous and substantially reduces the value of its claim. In the event I agree with the bankruptcy judge that the valuation orders are not final and appealable directly, United asks that I treat its Notice of Appeal as a motion for leave to file an interlocutory appeal. Whatever the posture of its appeal, United moves separately to stay the confirmation hearing

pending its resolution.  *See* Motion to Stay Plan Confirmation Pending Appeal (Doc. 11) filed May 10, 2013.

The bankruptcy court has already denied a request by United to stay the confirmation hearing, rejecting United's contention that the valuation orders are final and appealable and finding insufficient grounds to allow United to proceed interlocutorily.  *See* Order Denying Stay Pending Appeal (Bankr. Doc. 388)(attached as Doc. 11-1 to United's Motion to Stay in the district court).  I find the bankruptcy court's reasoning sound.  There are many moving parts to the confirmation inquiry, and the entirety of United's appeal will be moot if the Debtor's plan is rejected or if the Douglas Country District Court issues rulings impacting United's standing to pursue its claim as a "special district" under C.R.S. § 32-1-101 *et seq.*  I am unpersuaded that the authorities relied on by United warrant tying up the proceedings below so that a potentially secured creditor may proceed to retry an evidentiary issue thoughtfully handled below by the bankruptcy court.

The Motion by United Water & Sanitation District to Stay Plan Confirmation Pending Appeal (Doc. 11) is DENIED.  Debtor's Motion to Dismiss Appeal is also DENIED, but briefing on the merits of the appeal shall remain STAYED unless and until the Debtor's Chapter 11 Plan is confirmed.  The parties shall file a Status Report informing me of the status or results of the confirmation proceedings on or before June 24, 2013.

Dated June 12, 2013.

>                          **s/John L. Kane**
>                          SENIOR U.S. DISTRICT JUDGE