IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 13-cv-867

IN RE:

RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

    Debtor.

UNITED WATER & SANITATION DISTRICT,

    Appellant,

v.

RIVER CANYON REAL INVESTMENTS, LLC,

    Appellee.

## ORDER STAYING MERITS BRIEFING

Kane, J.

Before me is United Water & Sanitation District's Motion to Stay Appeal, Doc. 32. The Motion is GRANTED; the merits briefing in this matter shall be STAYED pending final adjudication of the State Court Action. This order does not, however, preclude River Canyon from seeking to dismiss the appeal for any reason.

DATED:     October 16, 2013            BY THE COURT:

                                            *s/John L. Kane*
                                            John L. Kane, U.S. Senior District Judge