**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00867 - AP
(Bankruptcy Case No. 12-20763 EEB)

IN RE:

RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

    Debtor.

UNITED WATER & SANITATION DISTRICT,

    Appellant,

v.

RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

    Appellee.

---

Civil Action No. 13-cv-02090 - AP
(Bankruptcy Case No. 12-20763 EEB)

IN RE:

RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

    Debtor.

UNITED WATER & SANITATION DISTRICT,

    Appellant,

v.

RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

    Appellee.

---

**ORDER OF ADMINISTRATIVE CLOSURE**

**Blackburn, J.**

    The matter is before me *sua sponte*. Given the current status of these cases, I

order that these cases be closed administratively.

Briefing on the merits in these two bankruptcy appeals has been stayed pending resolution of underlying litigation in state court. In Civil Action No. 13-cv-00867, an order [#37] staying briefing on the merits was entered on October 16, 2013. In Civil Action No. 13-cv-02090, an order [#16] staying briefing on the merits was entered on September 24, 2013. In its most recent status reports in both cases, the appellant reports that the underlying state court litigation now is pending before the Colorado Court of Appeals. Oral argument was held on June 24, 2015, but an order resolving that appeal has not yet issued. Given these circumstances, administrative closure of these cases is appropriate, subject to reopening when the underlying state court litigation is resolved or for other good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That under D.C.COLO.LCivR 41.2, these cases are closed administratively; and

2. That under D.C.COLO.LCivR 41.2, the clerk is directed to close these civil actions administratively, subject to reopening for good cause.

Dated August 26, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge